1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10    SY LEE CASTLE,                          CASE NO.    1:12-cv-00326-MJS (PC)

11                        Plaintiff,          ORDER DIRECTING PLAINTIFF TO
                                              IDENTIFY THE OPERATIVE PLEADING AND
12            v.                              NOTIFY THE COURT OF HIS SELECTION

13    C. CHEN,                                (ECF Nos. 8 and 9.)

14
15                        Defendant.          FOURTEEN (14) DAY DEADLINE

16    _____/

17
18          On March 5, 2012, Plaintiff Sy Lee Castle, a state prisoner proceeding pro se and

19    in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

20    The Court screened the Complaint on February 28, 2013 and determined that Plaintiff

21    stated cognizable inadequate medical care and retaliation claims against Defendant Chen.

22    The Court ordered Plaintiff to complete and return service documents within thirty days.

23    (ECF No. 8.)

24
25          Plaintiff filed a First Amended Complaint on March 1, 2013.  (ECF No. 9.)

26          The Court is uncertain whether Plaintiff wishes to proceed on the cognizable claims

27
                                              1

against Defendant Chen identified in the original complaint or allow that pleading to be superceded by the First Amended Complaint, which has not been screened and may or may not allege cognizable claims.

Accordingly, it is HEREBY ORDERED THAT:

1.    Within fourteen (14) days of service of this Order, Plaintiff shall notify the Court in writing whether he wishes to proceed upon the cognizable claims against Defendant Chen in his original complaint or upon the unscreened First Amended Complaint; and

2.    If Plaintiff fails to provide such notice, the Court will assume Plaintiff wishes to proceed on the cognizable claims against Defendant Chen in his original Complaint, in which case the First Amended Complaint (ECF No. 9) shall be disregarded and service documents previously provided to the Plaintiff shall be completed and returned to the Court within 30 days following service of this Order.

IT IS SO ORDERED.

Dated:    March 5, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2