# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CHEN,<br><br>　　　　Defendant. | Case No. 1:12-cv-00326-LJO-MJS<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION, IF ANY, TO DEFENDANT'S MOTIONS TO EXTEND TIME TO RESPOND TO REQUESTS FOR ADMISSIONS**<br><br>**(ECF Nos. 37 & 38)**<br><br>**FOURTEEN (14) DAY DEADLINE**<br><br>**CLERK TO PROVIDE PLAINTIFF COPIES OF ECF Nos. 37 & 38** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds against Defendant Chen on claims of inadequate medical care and retaliation.

　　　　Before the Court are Defendant's March 28, 2014 motions to extend retroactively (nunc pro tunc) the time to respond to: Plaintiff's Set 5 Request for Admissions (response was due March 17, 2014), Plaintiff's Set 6 Request for Admissions (response was due March 21, 2014), and Plaintiff's Sets 7 & 8 Request for Admissions (responses were due March 31, 2014).[1]

　　　　These motions require the Court to consider the reasons why Defendant needs the

---

[1] The Discovery and Scheduling Order allows forty-five days for response to discovery requests. (See ECF No. 24 at 1:22.)

1

relief and whether granting it will negatively impact (prejudice) the Plaintiff. Defendant's motions explain why the deadlines were not met and suggest Plaintiff will suffer no prejudice if the relief is granted. Before ruling, the Court wishes to ensure Plaintiff has an opportunity to oppose the motions and identify any prejudice he believes may result if the extension of time is granted.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file, not later than fourteen (14) days from the date of this Order, any opposition to Defendant's motions to extend time to respond to Plaintiff's Sets 5-8 Requests for Admissions, and

2. The Clerk of the Court is directed to provide Plaintiff with copies of Defendant's motions, ECF Nos. 37 & 38.

IT IS SO ORDERED.

Dated:   April 8, 2014                         /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE