# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>       Plaintiff,<br><br>   v.<br><br>C. CHEN,<br><br>       Defendant. | Case No. 1:12-cv-00326-LJO-MJS<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(ECF No. 46)** |

Plaintiff Sy Lee Castle (C82790) is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds against Defendant Chen on claims of inadequate medical care and retaliation.

Before the Court is Defendant's April 29, 2014 request to conduct the deposition of Plaintiff via videoconference pursuant to Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED, provided that nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   April 29, 2014                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

1