# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CHEN,<br><br>    Defendant. | Case No. 1:12-cv-00326-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br><br>**(ECF No. 48)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds against Defendant Chen on claims of inadequate medical care and retaliation.

Before the Court is Plaintiff's May 5, 2014 motion to compel further responses to request number seven of his first set of requests for production of documents and for sanctions in the amount of $1600. Plaintiff maintains Defendant said he would, but then did not produce, copies of two lawsuits, *Jones v Chen, et al.*, USDC-ED Case No. 1:11-cv-1762, and *Hoskins Jr. v. Chen*, Kern County Superior Court Case No. S-1500-cv-272919. Defendant has responded by conceding an inadvertent failure to produce the two lawsuits

and noting that they since have been provided to Plaintiff. Plaintiff has not replied to the opposition, and the time for doing so has expired. Local Rule 230(*l*).

The Court finds Defendant's failure to provide the documents was inadvertent, and not in bad faith. It now appears Plaintiff has received copies of the omitted documents. Nothing suggests Plaintiff was prejudiced by the delay.

Plaintiff's request for monetary sanctions shall be denied. Fed. R. Civ. P. 37(a)(5)(A)(iii); see also *Vollert v. Summa Corp.*, 389 F.Supp. 1348, 1352) (D.C. Hawai'i 1975) (no award of costs and fees where defendant's failure to respond to discovery was not in bad faith).

Accordingly, for the reasons stated, it is HEREBY ORDERED that Plaintiff's May 5, 2014 motion to compel further responses to request number seven of his first set of requests for production of documents and for sanctions (ECF No. 48) is DENIED.

IT IS SO ORDERED.

Dated:   June 5, 2014                     /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

2