# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CHEN,<br><br>　　　　Defendant(s). | Case No. 1:12-cv-00326-LJO-MJS (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT SY LEE CASTLE,**<br>**CDC # C-82790**<br>**PLAINTIFF**<br><br>**DATE:** September 22, 2014<br><br>**TIME:** 10:00 a.m.<br><br>**PLACE:** U.S.D.C., Courtroom #7, 2500 Tulare Street, Fresno, CA 93721 |

Sy Lee Castle, CDCR # C-82790, a necessary and material witness in a settlement conference in this case on September 22, 2014, is confined in California State Prison-Los Angeles County ("LAC"), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto at the U. S. District Court, Courtroom #7, 2500 Tulare Street, Fresno, California

1

93721, on Monday, September 22, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Oberto at the time and place above, until completion of the settlement conference or as ordered by the Court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   July 24, 2014                              /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE