FILED
SEP 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CHEN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00326-LJO-MJS (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF SY LEE CASTLE, CDCR #C-82790, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 61) |

　　　　The settlement conference set for September 22, 2014, at 10:00 a.m. before the undersigned has now concluded.  Accordingly, **Sy Lee Castle, CDCR #C-82790**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

　　　　The Court notes for the record that, at the Court's request, the California Department of Corrections and Rehabilitation transportation officers waited outside the courtroom in the entryway, where the plaintiff was still within eyesight of the officers, to allow the undersigned to communicate confidentially with the plaintiff.  Present in the courtroom was a Court Security Officer.

DATED: 9/22/14

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE