# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CHEN,<br><br>　　　　Defendant(s). | Case No. 1:12-cv-00326-LJO-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION (ECF No. 68)**<br><br>**CLERK SHALL CLOSE CASE** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 23, 2014, the parties filed a stipulation for voluntary dismissal of this action with prejudice with each party to bear its own litigation costs and attorney's fees. (ECF No. 68.)

　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. The parties' September 23, 2014 stipulation is sufficient as a stipulation of dismissal under Rule 41.

　　　Accordingly, pursuant to Rule 41, this action is hereby DISMISSED with prejudice pursuant to the parties' stipulation. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

　　Dated:　September 25, 2014　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1